[No. 41795-2-II.   Division Two.   September 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN MADDAUS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01772-1, Christine A. Pomeroy, J., entered February 8, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J.; Quinn-Brintnall, J., concurring separately.

[No. 65690-2-I.   Division One.   September 23, 2013.]

*In the Matter of the Personal Restraint of* ALI ELMI, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 67951-1-I.   Division One.   September 23, 2013.]

VAHIT SAYLIK, *Appellant*, v. DAVID D. WALKER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-08163-8, George N. Bowden, J., entered March 13, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[Nos. 68163-0-I; 68561-9-I.   Division One.   September 23, 2013.]

ANNE BLOCK, *Appellant*, v. THE CITY OF GOLD BAR, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 11-2-09706-2, Linda C. Krese, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Appelwick, JJ.